**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 23-6092**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

LAMONT E. MCCORD,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  Robert E. Payne, Senior District Judge.  (3:06-cr-00387-REP-2)

Submitted:  September 28, 2023                    Decided:  October 3, 2023

Before NIEMEYER, THACKER, and RUSHING, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Lamont E. McCord, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lamont E. McCord seeks to appeal the district court's order denying his motion to appoint counsel and to file a motion for reconsideration of the court's order denying his motion for a reduction in sentence and granting his motion for an extension of time to file a supplement to his motion for compassionate release. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). Because McCord's motion for compassionate release is still pending in the district court, the order McCord seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we grant McCord's motion to seal his informal brief, and we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*